IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Tribune Media Company, et al. ) | |
| _____ ) | |
| ) | |
| KEITH YOUNGE ) | |
| ) | Civ. No. 16-226-GMS |
| Appellant, ) | Bankruptcy Case No. 08-13141 (KJC) |
| ) | BAP No. 16-14 |
| v. ) | |
| ) | |
| TRIBUNE MEDIA COMPANY, ) | |
| ) | |
| Appellee. ) | |

**ORDER**

At Wilmington this 2nd day of May, 2016, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 10);

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **May 27, 2016.**

2. Appellee's brief in opposition to the appeal is due on or before **June 17, 2016.**

3. Appellant's reply brief is due on or before **July 1, 2016.**

_____
United States District Judge